UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BALIS FAMILY RESTAURANT CORPORATION, and ADELPHIA DEPTFORD, INC collectively trading as ADELPHIA RESTAURANT<br>　　　　　　　　Plaintiff(s)<br><br>v.<br><br>HOSPITALITY SUPPORTIVE SYSTEMS, LLC,<br>EDWARD SNOW,<br>JOHN W. CONNELLY, JR.,<br>SELECTIVE RISK MANAGEMENT, LLC,<br>SELECTIVE LAW GROUP, LLC,<br>CHARLES M. O'DONNELL,<br>ANTHONY DiiENNO,<br>ASPEN SPECIALTY INSURANCE CO.,<br>And<br>AMTRUST INTERNATIONAL UNDERWRITERS, LTD.,<br>　　　　　　　　Defendant(s). | CIVIL ACTION<br><br>No. 2:19-cv-00189-CDJ |

### ORDER OF DISMISSAL

Pursuant to the stipulation of dismissal with prejudice of Plaintiff, Balis Family Restaurant Corporation and Adelphia Deptford, Inc., collectively trading as Adelphia Restaurant ("Plaintiff-Adelphia") and Defendant, Amtrust International, Ltd. ("defendant-Amtrust"), only,

IT IS ORDERED THIS __3rd_____ day of ___January_____, 2022__ that all claims and causes of action between Plaintiff, Balis Family Restaurant Corporation and Adelphia Deptford, Inc., collectively trading as Adelphia Restaurant ("Plaintiff-Adelphia") and Defendant, Amtrust International, Ltd. ("Defendant-Amtrust"), only, are hereby dismissed with prejudice, with each party bearing that party's own attorney's fees and costs.

2

All other claims and causes of action of Plaintiff-Adelphia against all other named parties, or parties later joined, if any, are not dismissed.

                                                BY THE COURT:

                                                */s/ C. Darnell Jones, II*
                                                Honorable C. Darnell Jones, II, U.S.D.J.